UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Franklin Caraballo CPA<br>***Plaintiffs,***<br><br>Giselle Marmolejos<br>***Plaintiffs,***<br><br>v.<br><br>United States of America,<br>***Defendants,*** | CIVIL ACTION NO. [To be assigned]<br><br><br>COMPLAINT FOR DAMAGES FOR UNLAWFULL COLLECTION ACTIONS UNDER IRC §7433 |

## I. INTRODUCTION

1. This is a civil action for damages pursuant to **26 U.S.C. §7433**, which authorizes taxpayers to recover damages from the United States for unauthorized collection actions conducted by employees of the Internal Revenue Service (IRS) that violate provisions of the Internal Revenue Code and IRS regulations.

2. Plaintiffs bring this action to seek relief for the IRS's unlawful initiation of levy and collection actions while valid Offers in Compromise were pending, in violation of **IRC §6331(k)** and relevant provisions of the Internal Revenue Manual (IRM).

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter under **26 U.S.C. §7433(d)** and **28 U.S.C. §1346(e)**.

4. Venue is proper in this district pursuant to **28 U.S.C. §1391(e)** because the plaintiffs reside in this district and the acts complained of occurred here.

## III. PARTIES

5. **Plaintiff Franklin Caraballo** is a Certified Public Accountant residing in Essex County, Massachusetts.

6. **Plaintiff Giselle Marmolejos** is an individual residing in Essex County, Massachusetts.

7. **Defendant United States of America** is sued under **IRC §7433(f)** for the wrongful acts of IRS officers and employees acting within the scope of their employment.

## IV. FACTUAL ALLEGATIONS

8. On **July 28, 2025**, Plaintiffs submitted Offers in Compromise (OIC) to the IRS, including full documentation and the required payments, under the category of **Effective Tax Administration – Public Policy or Equity**.

9. The Offers in Compromise were processable and were submitted by both mail and fax to the IRS Offer in Compromise Unit and directly to the assigned Revenue Officer.

10. On **July 30, 2025**, despite actual receipt and pendency of the OICs, IRS Revenue Officer Emmanuel Dickson issued **Letter 1058 – Final Notice of Intent to Levy**.

11. This action was in direct violation of **IRC §6331(k)**, which prohibits levy while an Offer in Compromise is under review.

12. Internal guidance in **IRM §5.8.4.20.1** and **IRM §5.7.6.1 (Policy Statement P-5-14)** further mandates suspension of collection activities during review of a processable OIC, especially when the underlying tax debt is being addressed by the liable entity.

13. Plaintiffs were in full compliance with OIC submission requirements and also provided proof that:

- Caraballo Corp had fully satisfied its outstanding liabilities, and
- Caraballo Development Inc. was under an active IRS-approved payment agreement.

14. IRS personnel, including Revenue Officer Dickson and his supervisor Richard Duarte, confirmed during phone calls on **August 4 and 5, 2025,** that they would proceed with levy despite these facts.

15. No written response was provided to the OIC submissions, in contravention of procedural fairness.

16. As a result, Plaintiffs suffered financial harm, reputational damage, professional disruption, and emotional distress.

## V. CLAIM FOR RELIEF UNDER IRC §7433

17. Plaintiffs reallege the foregoing paragraphs as if fully set forth herein.

18. Pursuant to **IRC §7433(a)**, taxpayers may bring a civil action for damages against the United States when IRS officers or employees, in connection with collection of federal tax, recklessly, intentionally, or negligently disregard any provision of the tax code or regulation.

19. The IRS, through its officers, acted in violation of:

- **IRC §6331(k)(1)** — by initiating levy during the pendency of processable OICs.
- **IRM §5.8.4.20.1** — which requires suspension of enforcement during OIC review.

- **IRM §5.7.6.1** — which prohibits simultaneous collection from responsible persons when the liable entity is compliant.

20. These actions constitute reckless and intentional disregard of law and policy.
21. Plaintiffs' harm was the direct and proximate result of these unlawful actions.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Declare that the IRS, through its agents, violated **26 U.S.C. §7433** by engaging in unlawful collection practices;
2. Award actual and compensatory damages in an amount to be determined at trial;
3. Award reasonable costs and fees pursuant to **26 U.S.C. §7433(b)**;
4. Issue an order enjoining further collection actions while the Offers in Compromise remain pending; and
5. Grant any further relief the Court deems just and proper.

Dated: August 6, 2025,

Respectfully submitted,

Franklin Caraballo, CPA.
Pro Se Plaintiffs

Giselle Marmoléjos
Pro Se Plaintiffs

300 Brickstone Square Ste 202
Andover MA 01810
Franklin@caraballocpa.com
(732) 895-0543
(857) 341-0500